IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EARL DEWAYNE PHIFFER,

    Plaintiff,

v.

MICHAEL J. BYRON,
MICHAEL R. FITZPATRICK,
CHARLES P. DYKMAN,
PAUL J. LUNDSTEN,
PAUL B. HIGGENBOTHAM,
BARBARA B. CRABB and JOSHUA KLAFF,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-359-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

By: *[signature]*, Deputy Clerk      8-22-12
Peter Oppeneer, Clerk of Court      Date